**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6824**

———————————

In Re: ANDREW MARK HUDSON,

                                        Petitioner.

———————————

On Petition for Writ of Mandamus.
(CA-99-12-5-HC-BO)

———————————

Submitted: September 18, 2001        Decided: October 9, 2001

———————————

Before WILKINSON, Chief Judge, and WILKINS and MOTZ, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Andrew Mark Hudson, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   In <u>Hudson v. Hunt</u>, 235 F.3d 892 (4th Cir. 2000), we remanded the habeas corpus petition of Andrew Mark Hudson, 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001), to the district court for further proceedings.  Hunt has now filed this petition for writ of mandamus, complaining of unreasonable delay in the district court and asking that we compel the district court to act.  Although we find the delay is not unreasonable, we deny the petition without prejudice to Hunt's right to refile if the district court does not act expeditiously.  We deny Hudson's motion for appointment of counsel and his motion to compel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2